# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ADRIAN FELICIANO,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:19-1356 |
| v. | : | (JUDGE MANNION) |
| **SPIRIT TRIBE, INC.,** | : | |
| Defendant | : | |

## ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's complaint, **(Doc. 1)**, is **DISMISSED WITHOUT PREJUDICE**, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute.

2. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: October 14, 2020
19-1356-01-ORDER